**Dismissed and Opinion Filed December 4, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00778-CV

**TARPLEY MUSIC COMPANY, INC. D/B/A TARPLEY MUSIC, TIM ANDERSEN, TIMOTHY J. REINHARDT, AND ROBERT OSBORNE,**
**Appellants**
**V.**
**WILLIAMSON MUSIC 1ST, LLC, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02869-2023**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

Before the Court is appellants' joint motion to dismiss this appeal because the

parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

230778f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TARPLEY MUSIC COMPANY, INC. D/B/A TARPLEY MUSIC, TIM ANDERSEN, TIMOTHY J. REINHARDT, AND ROBERT OSBORNE, Appellants

No. 05-23-00778-CV　　V.

WILLIAMSON MUSIC 1ST, LLC, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas Trial Court Cause No. 416-02869-2023.
Opinion delivered by Justice Molberg. Justices Reichek and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Williamson Music 1st, LLC recover its costs of this appeal from appellants Tarpley Music Company, Inc. d/b/a Tarpley Music, Tim Andersen, Timothy J. Reinhardt, and Robert Osborne.

Judgment entered this 4th day of December, 2023.